# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| THOMAS TOOMES, | : | CIVIL ACTION NO. 3:17-cv-0744 |
| --- | --- | --- |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| U.S.P. CANAAN, UNITED STATES OF AMERICA, | : | |
| Defendants | : | |

## ORDER

AND NOW, to wit, this 26th day of June 2017, in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 8) to proceed *in forma pauperis* is construed as a motion to proceed without full prepayment of fees and costs and is GRANTED.

2. Plaintiff's complaint (Docs. 1, 4-1) is DISMISSED pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

3. The Clerk of Court is further directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

s/James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**